**Order filed May 3, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-22-00096-CV
_____

**ERIC GREER, Appellant**

**V.**

**SUJIT SAMUEL AND NINA MATHEN, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1179671**

---

## O R D E R

This appeal is from an order signed February 2, 2022. Appellant filed a notice of appeal February 14, 2022. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. When a Statement has been filed, the declarant must not be ordered to pay costs. *See* Tex. R. Civ. P. 145. Appellant has not been ordered to pay costs pursuant to Rule 145. The official court reporter for the County Civil Court at Law No. 3 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.